| **Return** | |
|---|---|
| Case No: 8:21-MJ-00641 | Date and time warrant served on provider: 09/27/2021 1354 |

| Inventory made in the presence of: SA Monica Abend |
|---|

| Inventory of data seized: [Please provide a description of the information produced.] A copy of Apple iCloud account for "ronocm10600@gmail.com" |
|---|

| **Certification** |
|---|
| I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office. |

Date: 12/22/2021

*Kevin Leduc*

*Executing officer's signature*
Kevin Leduc Special Agent
*Printed name and title*